STATE OF NORTH CAROLINA v. WILLIAM JUNIOR MOSES

No. 7526SC467

(Filed 15 October 1975)

APPEAL by defendant from *Hasty, Judge.* Judgment entered 16 April 1975 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 23 September 1975.

State v. Moses

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Blum and Sheely, by Michael Sheely, for defendant appellant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

Affirmed.